

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| JAMES LEE CONSTRUCTION, INC., a Montana Corp., JAMES B. LEE, and TRACY D. LEE, husband and wife, | CV 20–68–M–DWM |
| Plaintiffs, | ORDER |
| v. | |
| GOVERNMENT EMPLOYEES INSURANCE COMPANY, a Corp., GEICO GENERAL INSURANCE COMPANY, a Corp., GEICO ADVANTAGE INSURANCE COMPANY, a Corp., GEICO CASUALTY COMPANY, a Corp., GIECO CHOICE INSURANCE COMPANY, a Corp., GEICO INDEMNITY COMPANY, a Corp., GEICO MARINE INSURANCE COMPANY, a Corp., | |
| Defendants. | |

Defendant GEICO Indemnity Company moves for the admission of Sheila Carmody to practice before this Court in this case with Ian McIntosh to act as local counsel. Ms. Carmody's application appears to be in order.

Accordingly, IT IS ORDERED that Defendant's motion to admit Sheila Carmody *pro hac vice* (Doc. 5) is GRANTED on the condition that Ms. Carmody shall do her own work. This means that Ms. Carmody must do her own writing;

1

sign her own pleadings, motions, and briefs; and appear and participate personally. Counsel shall take steps to register in the Court's electronic filing system ("CM-ECF"). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Ms. Carmody, within fifteen (15) days of the date of this Order, files a notice acknowledging her admission under the terms set forth above.

DATED this 22nd day of May, 2020.

Donald W. Molloy, District Judge
United States District Court