Ian McIntosh
Mac Morris
CROWLEY FLECK PLLP
1915 South 19th Avenue
Bozeman, MT 59719-0969
Tel: (406) 556-1430
imcintosh@crowleyfleck.com
wmorris@crowleyfleck.com

Sheila Carmody (*pro hac vice*)
Courtney Henson (*pro hac vice*)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren St., Suite 1900
Phoenix, AZ 85004-2202
Tel: (602) 382-6268
scarmody@swlaw.com
chenson@swlaw.com

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| JAMES LEE CONSTRUCTION, INC., a Montana Corp., JAMES B. LEE, and TRACY D. LEE, husband and wife,<br><br>Plaintiffs,<br>v.<br><br>GOVERNMENT EMPLOYEES INSURANCE COMPANY, a corporation, GEICO GENERAL INSURANCE COMPANY, a corporation, GEICO INDEMNITY INSURANCE COMPANY, a corporation, and GEICO CASUALTY INSURANCE COMPANY, a corporation.<br><br>Defendants. | Case No. CV 20-68-M-DWM<br><br>**NOTICE OF SETTLEMENT AND UNOPPOSED STIPULATED MOTION TO DISMISS UNDERINSURED MOTORIST CLAIM** |

4887-3408-5124

The Parties through their respective undersigned counsel give notice that Plaintiffs James and Tracy Lee have settled their Underinsured Motorist claim against Government Employees Insurance Company and GEICO General Insurance Company. Plaintiffs' Underinsured Motorist claim is asserted only against Defendants Government Employees Insurance Company and GEICO General Insurance Company and against no other Defendant.

The Parties stipulate and move to dismiss with prejudice, Plaintiffs James B. Lee and Tracy D. Lee's Underinsured Motorist claim alleged against Defendants Government Employees Insurance Company and GEICO General Insurance Company—paragraphs 59 through 64 and paragraph 9 of the prayer for relief in Plaintiffs' Third Amended Complaint (Doc. 109).

Pursuant to Local Rule 7.1(c)(3), a proposed Order granting this unopposed Motion is attached at Exhibit 1.

RESPECTFULLY SUBMITTED this 24th day of November 2021.

SNELL & WILMER

*/s/ Sheila Carmody*
Sheila Carmody (*pro hac vice*)
Courtney Henson (*pro hac vice*)
*Attorneys for Defendants*

4887-3408-5124

CROWLEY FLECK PLLP

/s/ *Ian McIntosh*
Ian McIntosh
Mac Morris
*Attorneys for Defendants*


DANNO LAW FIRM, P.C.

/s/ *Evan F. Danno*
Evan F. Danno
*Attorney for Plaintiffs*

# CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon the following counsel of record by ECF this 24th day of November 2021.

Judah M. Gersh
Brian M. Joos
VISCOMI, GERSH, SIMPSON & JOOS, PLLP
121 Wisconsin A venue
Whitefish, MT 59937
gersh@bigskyattorneys.com
joos@bigskyattorneys.com

Evan F. Danno
DANNO LAW FIRM, P.C.
725 South Main Street
Kalispell, MT 59901
evan@dannolawfirm.com

Alan J. Lerner
LERNER LAW FIRM
P.O. Box 1158
Kalispell, MT 59903-1158
lerner@lernerlawmt.com

Allan M. McGarvey
Jennifer Mariman
McGARVEY, HEBERLING, SULLIVAN & LACEY, P.C.
345 First Ave. E.
Kalispell, MT 59901
amcgarvey@mcgarveylaw.com
jmariman@mcgarveylaw.com

*Attorneys for Plaintiffs*

                                                /s/ *Sheila Carmody*
                                                Sheila Carmody