UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| JAMES LEE CONSTRUCTION, INC., a Montana Corp., JAMES B. LEE, and TRACY D. LEE, husband and wife,<br><br>           Plaintiffs,<br><br>vs.<br><br>GOVERNMENT EMPLOYEES INSURANCE COMPANY, et al.,<br><br>           Defendants. | CV-20-68-M-DWM<br><br>JUDGMENT |

     **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

 **X**    **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

     IT IS ORDERED AND ADJUDGED that judgment is entered in favor of GEICO consistent with the Court's Order.

     Dated this 3rd day of January, 2022.

                                 TYLER P. GILMAN, CLERK

                                 By: /s/ Sarah Nagy
                                 Sarah Nagy, Deputy Clerk